UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL RAGLAND,

                      Plaintiff,

  -against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN
OR JANE DOES 1–10,

                    Defendants.

------------------------------------- X

ORDER

20 Civ. 3556 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2021

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 2, 2021 is hereby adjourned to April 16, 2021 at 9:30 a.m.

Dated: February 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE