**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL RAGLAND,

                              Plaintiff,

    -against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN :
OR JANE DOES 1–10,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

20 Civ. 3556 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 16, 2021 is rescheduled to April 6, 2021

at 9:30 a.m.

Dated: March 1, 2021
      New York, New York

                                      SO ORDERED.

                                      *George B Daniels*

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE