UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MICHAEL RAGLAND,

                 Plaintiff,

-against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN
OR JANE DOES 1–10,

                Defendants.

------------------------------------ X

ORDER

20 Civ. 3556 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 6, 2021 is hereby adjourned to May 4, 2021 at 9:30 a.m.

Dated: April 1, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE