UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MICHAEL RAGLAND,

                       Plaintiff,

    -against-

                                        ORDER

CITY OF NEW YORK, BRIAN WILKENS, JOHN
OR JANE DOES 1–10,                           20 Civ. 3556 (GBD)

                     Defendants.

------------------------------------ x

GEORGE B. DANIELS, District Judge:

    The status conference scheduled to occur on August 17, 2021 is hereby cancelled. Oral argument on Defendants' motion for summary judgment, (ECF No. 39), is set for October 5, 2021 at 11:00 a.m.

Dated: August 17, 2021
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE