UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MICHAEL RAGLAND,

                      Plaintiff,

   -against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN
OR JANE DOES 1–10,

                    Defendants.

------------------------------------ x

ORDER

20 Civ. 3556 (GBD)

GEORGE B. DANIELS, District Judge:

    The pretrial conference set for April 5, 2022 is adjourned to April 19, 2022 at 9:45am.

Dated: March 28, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE