UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL RAGLAND,

                 Plaintiff,

   -against-

                                                 ORDER

CITY OF NEW YORK, BRIAN WILKENS, and    20 Civ. 3556 (GBD) (RWL)
JOHN OR JANE DOES 1-10,

                 Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference is adjourned to November 29, 2022, at 10:15 a.m.

Dated: New York, New York           SO ORDERED:
       October 20, 2022

                                                             _____
                                                             GEORGE B. DANIELS
                                                             UNITED STATES DISTRICT JUDGE