UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
MICHAEL RAGLAND,                      :
                                      :
                    Plaintiff,        :
    -against-                         :
                                      :
                                      :         ORDER
CITY OF NEW YORK, BRIAN WILKENS, JOHN :
OR JANE DOES 1–10,                    :         20 Civ. 3556 (GBD)
                                      :
                    Defendants.       :
                                      :
                                      :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

Defendants' letter request to adjourn the pretrial conference set for November 29, 2022 is GRANTED. The pretrial conference is adjourned to January 25, 2023, at 9:45am.

Defendants' letter request to extend the briefing schedule is GRANTED. Defendants shall file and serve their motion papers by December 13, 2022. Plaintiff shale file and serve their opposition papers, if any, by January 10, 2023. Defendants shall file and serve their reply, if any, by January 24, 2023.

Dated: November 16, 2022
       New York, New York

                                        SO ORDERED.

                                        */s/ George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE