UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL RAGLAND,

                                                    *Plaintiff*,

       -against-

CITY OF NEW YORK, ET AL.,

                                                   *Defendants*.

------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

20-CV-3556 (GBD) (RWL)

**PLEASE TAKE NOTICE** that the following attorney is hereby reinstated in place of MICHAEL VIVIANO, as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for Defendants City of New York and Brian Wilkens.

          **John Schemitsch, Esq.**
          *Senior Counsel*
          New York City Law Department
          100 Church Street, 4th Floor
          New York, NY 10007
          212-356-3539
          jschemit@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for defendants at the address set forth above, and please terminate MICHAEL VIVIANO from the docket.

Dated: New York, New York
         January 5, 2023

          HON. SYLVIA O. HINDS-RADIX
          Corporation Counsel of the City of New York
          *Attorney for Defendants City of New York and Brian Wilkens*
          New York City Law Department
          100 Church Street, 4th Floor

New York, New York 10007
(212) 356-3539
jschemit@law.nyc.gov

/s/_____
John Schemitsch, Esq.
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Sameer Nath, Esq.
Sim & DePaola, LLP
*Attorney for Plaintiff*