UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL RAGLAND,

                      Plaintiff,

  -against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN OR JANE DOES 1–10,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 3556 (GBD)

GEORGE B. DANIELS, District Judge:

    The pretrial conference set for January 25, 2023, is adjourned. Oral argument on Defendant's motion for summary judgment is set for February 21, 2023, at 10:30 a.m.

Dated: January 17, 2023
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE