UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MICHAEL RAGLAND,

                          Plaintiff,

  -against-

CITY OF NEW YORK, BRIAN WILKENS, JOHN
OR JANE DOES 1–10,

                         Defendants.

------------------------------------ x

ORDER

20 Civ. 3556 (GBD)

GEORGE B. DANIELS, District Judge:

    The parties shall submit a joint pretrial order by April 24, 2023. A pretrial conference is set for May 3, 2023 at 9:45 a.m.

Dated: March 23, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE